**Order entered October 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00818-CR

**CHRISTOPHER JAMES HOLDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80782-2013**

## ORDER

We **GRANT** Official Court Reporter Susan Maienschein's September 30, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

The clerk's record has not been filed and is now overdue. We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Official Court Reporter Susan Maienschein and to Collin County District Clerk Andrea Stroh Thompson.

/s/    LANA MYERS
        JUSTICE